# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2159. JAMES v. BANK OF AMERICA, N.A.  et al.**

This appeal was docketed in this Court on July 29, 2014. Court of Appeals Rule 23 (a) provides that an appellant's brief "shall be filed within 20 days after the appeal is docketed," and that the failure to comply with the rule may result in dismissal. See also Court of Appeals Rule 7, 13, 15 (a), and 16 (b). James' brief was due on August 18, and she has neither filed a brief nor requested an extension of time for filing her brief. Therefore, we hereby DISMISS this case for failure to comply with Court rules.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/06/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*